UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. Arif S. Izmirligil,<br><br>                              Plaintiff,<br>     -against-<br><br>Eckert Seamans Cherin & Mellott, LLC, Samuel P. Trumbull, Esq., Kenneth J. Flickinger, Esq., Select Portfolio Servicing, Inc.,<br>                              Defendants. | Case No. 20-CV-02797 (PKC) (LB)<br><br>**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |

Defendants Eckert Seamans Cherin & Mellott, LLC ("ESCM"), Samuel P. Trumbull, Esq. ("Trumbull"), Kenneth J. Flickinger, Esq. ("Flickinger"), and Select Portfolio Servicing, Inc., ("SPS"), by their counsel, Eckert Seamans Cherin & Mellott, LLC, gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, of the death of the Pro se Plaintiff, Dr. Arif S. Izmirligil.  Dr. Izmirligil's wife, Mrs. Yesim Izmirligil, advised the undersigned, in writing, that Dr. Arif S. Izmirligil passed away on December 26, 2020.

Dated: White Plains, New York
       January 11, 2021

                                        Respectfully submitted,

                                        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

                                        **By:** /S/ *Kenneth J. Flickinger*
                                               Kenneth J. Flickinger, Esq.
                                        10 Bank Street, Suite 700
                                        White Plains, New York 10606
                                        (914) 949-2909

                                        *Attorneys for Defendants*
                                        *Eckert Seamans Cherin & Mellott, LLC, Samuel P. Trumbull, Esq., Kenneth J. Flickinger, Esq., and Select Portfolio Servicing, Inc.*

cc.:  Yesim Izmirligil
      (via First Class Mail, and email yesizm@aol.com)